1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LE'OLA FLETCHER,

        Plaintiff,

   v.

TRANSUNION, LLC, et al.,

        Defendants.

No. 2:25–cv–02654–DJC-SCR

ORDER

      Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Before the court is Plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees). ECF No. 2.

      The motion makes an insufficient showing to proceed in forma pauperis ("IFP"). The Ninth Circuit has recognized "one need not be absolutely destitute to obtain benefits" of the IFP statute. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). However, "a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal citation and quotation omitted). The current application does not demonstrate an inability to pay the $405 filing fee. Plaintiff's motion states she is currently employed and her monthly salary is over $5,500. ECF No. 2 at 1. She also has other income, from rental payments,

1

1  in the amount of $2,400/month. *Id.* She lists as an asset real estate worth $321,000, with a
2  mortgage payment of $2,210. *Id*. at 2. She lists additional monthly expenses totaling $1,370. *Id*.
3  Further, Plaintiff appears to include additional monthly expenses for prior debts which total
4  approximately $1,409. *Id*. Thus, it appears that Plaintiff's monthly take home pay of $5,400 plus
5  $2,400 of rental income (for a total of $7,800) exceeds her monthly expenses of approximately
6  $4,989, and that she has the ability to pay the filing fee.

7      Accordingly, **IT IS HEREBY ORDERED** that:

8    1. Plaintiff's motion to proceed IFP (ECF No. 2) is DENIED.
9    2. If Plaintiff wishes to proceed with this action, she must pay the filing fee within 30
10      days of the date of this Order.
11   3. If Plaintiff does not pay the filing fee within 30 days, the Court may recommend that
12      this action be dismissed.
13   4. Alternatively, if Plaintiff no longer wishes to pursue this action, Plaintiff may file a
14      notice of voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of
15      Civil Procedure.

16     IT IS SO ORDERED.
17 DATED: October 14, 2025.

*[signature]*

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE