1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE'OLA FLECTCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC, et al.,<br><br>    Defendants. | No. 2:25-cv-02654-DJC-SCR<br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On September 16, 2025, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On October 14, 2025, this Court issued an order which denied the motion to proceed IFP and allowed Plaintiff 30 days to pay the filing fee. ECF No. 3. Thus, Plaintiff was to pay the filing fee by November 13, 2025. On November 7, 2025, Plaintiff filed a motion for a 30-day extension to pay the filing fee. ECF No. 4. The motion for extension referenced that Plaintiff was "experiencing limited income" and "financial hardship." *Id.* at 2. The Court granted the motion for extension of time, and informed Plaintiff that if her financial circumstances had substantially changed she could file a renewed motion to proceed IFP. ECF No. 5. The order further provided: "Plaintiff shall file a renewed motion to proceed IFP, or pay the filing fee, no later than December 12, 2025." *Id.* That

1

deadline has passed, and Plaintiff has not paid or filed a renewed motion for IFP.

Good cause appearing, IT IS HEREBY ORDERED:

1. **Plaintiff shall show cause, in writing, within 14 days**, why the failure to pay the filing fee or file a renewed motion to proceed IFP should not result in a recommendation that this case be dismissed.
2. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.
3. Alternatively, if Plaintiff no longer wishes to pursue this action, Plaintiff may file a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

DATED: December 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2