UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LE'OLA FLETCHER,

          Plaintiff,

    v.

TRANSUNION, LLC, et al.,

          Defendants.

No.  2:25-cv-02654-DJC-SCR

ORDER

Plaintiff is proceeding pro se in this matter, which was referred to the Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On January 14, 2026, the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 7.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed January 14, 2026, are adopted in full;

1

2.  This action is dismissed without prejudice; and

3.  The Clerk is directed to enter Judgment and close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Flet2654.800

2